IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cv-1366-GEB-CMK |
| Plaintiff, ) | ORDER |
| v. ) | |
| MARIA TERESA AVALOS, ) | |
| Defendant. ) | |

      The undersigned judge's chambers has possession of an original and a copy of a motion in which Defendant seeks to have the declaration of Avantika Shastri filed under seal in an action assigned to United States District Judge Oliver W. Wanger (Case No. 1:96-cr-5034-OWW-3). Since it is unclear why these documents have been provided to the undersigned judge, they are returned to the Clerk of the Court.

      IT IS SO ORDERED.

Dated: November 27, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1