UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:07-cv-01366-GEB-CMK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIA TERESA AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |

On December 12, 2007, the parties filed a Joint Motion for Modification of Scheduling ("Motion").

Since the parties stipulate to certain modifications of the September 28, 2007, Status (Pretrial Scheduling) Order ("Status Order") modified, and the modifications can be made in a manner that will not adversely affect the Court's docket, the good cause issue will not be reached. The Motion requests that the discovery completion deadline be extended by six weeks and all subsequent deadlines also be extended by six weeks. Therefore, the Status Order is modified as follows:

(1) Discovery shall be completed by February 4, 2008;

(2) the last hearing date for motions shall be April 7, 2008 at 9:00 a.m.;

(3) the final pretrial conference is set for June 2, 2008 at 2:30 p.m.; and

1    (4)   trial is scheduled to commence at 9:00 a.m. on September
2          9, 2008.
3          Further, the parties request leave to file the amendments
4  described in their Stipulation is granted, provided that the
5  amendments are filed no later than December 27, 2007.  Further,
6  Plaintiff's motion to dismiss counts 1 and 3 of the Complaint is
7  granted.  (See Motion at 5 where Plaintiff mentions this
8  dismissal).
9          IT IS SO ORDERED.
10 Dated:  December 14, 2007

12 _____
   GARLAND E. BURRELL, JR.
13 United States District Judge