JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division
THOMAS W. HUSSEY
Director
MARK C. WALTERS
Assistant Director
ANNETTE M. WIETECHA
Attorney
PATRICIA M. CORRALES
Attorney-California Bar No. 183249
C/O Office of the Chief Counsel
  300 North Los Angeles Street/Room 8108
  Los Angeles, California 90014
  Telephone: (213) 894-8627
  Facsimile: (213) 894-2648
E-Mail: Patricia.Corrales@DHS.gov

Attorneys for Plaintiff
United States of America

Zachary Nightingale, Esq. CBN 184501
Marc Van Der Hout, CBN #80778
Avantika Shastri, Esq. CBN 233453
Van Der Hout, Brigagliano, Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, CA 94104
Telephone: (415) 981-3000
E-Mail: edca@VBlaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> V. <br><br> MARIA TERESA AVALOS <br><br> DEFENDANT. | CV-07-01366-GEB-CMK <br><br> CONSENT JUDGMENT REVOKING NATURALIZATION [PROPOSED] ORDER |

Page 1

The United States of America ("Plaintiff") has filed a Complaint seeking to revoke the order admitting ("Defendant") to United States citizenship and to cancel her certificate of naturalization. The Complaint alleges that Defendant procured her naturalization illegally as well as by willfully misrepresenting material facts. Either illegal procurement or procurement by willful misrepresentation or concealment of material facts requires that naturalization be revoked pursuant to 8 U.S.C. § 1451(a). Kungys v. United States, 485 U.S. 759, 778 (1988); Fedorenko v. United States, 449 U.S. 490, 506-07, 514-15 (1981).

Defendant has read the Complaint and its supporting Affidavit of Good Cause. As a result of the Settlement Agreement reached between the parties (Attached as **Exhibit A** and **B**), Defendant admits to Counts II of the Complaint. Furthermore, Defendant concedes that she is subject to denaturalization pursuant to 8 U.S.C. § 1451(a), because she procured her naturalization illegally.

Defendant concedes and admits that she was ineligible, as a matter of law, for naturalization as a result of committing unlawful acts that adversely reflected upon her moral character during the statutory period necessary to become a United States citizen. Specifically, Defendant concedes and admits that during the statutory period when Defendant was required to

establish she was a person of good moral character, she committed acts that reflect adversely on her moral character.

Based upon her admission and concession to Counts II, Defendant consents to the entry of an Order revoking her Citizenship and cancelling her Certificate of Naturalization, Number 22 198 014.

As referenced above, the parties have entered into a Settlement Agreement concerning this matter, attached hereto as **Exhibit A** and **B.**

Approved as to form and substance:

FOR PLAINTIFF:

Dated:_____         JEFFREY S. BUCHOLTZ
                            Acting Assistant Attorney General
                            Civil Division
                            MARK C. WALTERS
                            Assistant Director
                            ANNETTE M. WIETECHA

                            _____
                            PATRICIA M. CORRALES
                            Attorney
                            Office of Immigration Litigation
                            U.S. Department of Justice
                            Civil Division
                            300 N. Los Angeles Street/#8108
                            Los Angeles, California 90012

                            Attorneys for Plaintiff
                            United States of America

FOR DEFENDANT:

Dated:\_\_\_\_\_                                              _____
                                                        ZACHARY M. NIGHTINGALE
                                                        Van Der Hout, Brigagliano &
                                                        Nightingale, LLP
                                                        180 Sutter Street, Fifth Floor
                                                        San Francisco, CA 94104

                                                        _____
                                                        Avantika Shastri Esq.
                                                        180 Sutter Street, Fifth Floor
                                                        San Francisco, CA 94104

                                                        Attorneys for Defendant


Dated:_____                                     _____
                                                        Maria Teresa Avalos
                                                        Defendant


## **ORDER**

**THEREFORE,** pursuant to the Settlement Agreement, attached as **Exhibit A** and **B**, and based upon the admissions and concession made herein:

**THE PARTIES CONSENT TO JUDGMENT AS FOLLOWS, AND IT IS HEREBY ORDERED THAT:**

1. The February 21, 1996, naturalization of Defendant ordered by the Attorney General of the United States and admitting Defendant to United

States citizenship, is **REVOKED** and **SET ASIDE** and Certificate of Naturalization No. 22 198 014, issued by the Attorney General of the United States, is **CANCELLED**.

2.  From the date of this Order, Defendant is forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, or advantages under any document that evidences United States citizenship obtained as a result of Defendant's February 21, 1996, naturalization.

3.  As part of the Settlement Agreement, Defendant is ordered to **SURRENDER** and **DELIVER** her Certificate of Naturalization to the Attorney General's representative, and Defendant further is ordered to **SURRENDER** and **DELIVER,** if not surrendered previously, any other indicia of United States citizenship, including her United States Passport, to the Attorney General's representative within ten (10) days of the Court's order.

Dated:  April 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge