1  Zachary Nightingale (California Bar #184501)
   Marc Van Der Hout (California Bar #80778)
2  Avantika Shastri (California Bar #233453)
   Van Der Hout, Brigagliano & Nightingale, LLP
3  180 Sutter Street, Fifth Floor
   San Francisco, California 94104
4  Telephone:  (415) 981-3000
   Facsimile:  (415) 981-3003
5  Email: edca@vblaw.com

6  Attorneys for Defendant
   Maria Teresa Avalos
7
   Jeffrey S. Bucholtz
8  Acting Assistant Attorney General
   Civil Division
9  Thomas W. Hussey
   Director
10 Mark C. Walters
   Assistant Director
11 Annette M. Wietecha
   Attorney
12 Patricia M. Corrales
   Attorney – California Bar No. 183249
13 C/o Office of Chief Counsel
        300 North Los Angeles Street/Room
14      8108
        Los Angeles, CA 90014
15      Telephone: (213) 894-8627
        Facsimile: (213) 894-2648
16 Email: Patricia.Corrales@dhs.gov

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA TERESA AVALOS<br><br>    Defendant. | Case No. CV-07-01366-GEB-CMK<br><br>**ORDER ON JOINT MOTION TO CORRECT CONSENT JUDGMENT** |

1  The Court grants the parties' joint motion to correct the consent judgment issued on April
2  29, 2008.
3  The Court also grants the parties' joint motion to include Exhibits A (Signed Settlement
4  Agreement), B (Signed ICE Concurrence of Settlement Agreement), and C (Signed Declaration
5  of Defendant) to the corrected consent judgment.
6  The Court will issue the corrected consent judgment separately.
7  Dated: May 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge