JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division
THOMAS W. HUSSEY
Director
MARK C. WALTERS
Assistant Director
ANNETTE M. WIETECHA
Attorney
PATRICIA M. CORRALES
Attorney-California Bar No. 183249
C/O Office of the Chief Counsel
　　300 North Los Angeles Street/Room 8108
　　Los Angeles, California 90014
　　Telephone:  (213) 894-8627
　　Facsimile:   (213) 894-2648
E-Mail: Patricia.Corrales@DHS.gov

Attorneys for Plaintiff
United States of America

Zachary Nightingale, Esq. CBN 184501
Marc Van Der Hout, CBN #80778
Avantika Shastri, Esq. CBN 233453
Van Der Hout, Brigagliano, Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, CA 94104
Telephone: (415) 981-3000
E-Mail: edca@VBlaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> ) <br> ) <br> ) <br> V. ) <br> ) <br> ) <br> MARIA TERESA AVALOS ) <br> ) <br> DEFENDANT. ) <br> ) | CV-07-01366-GEB-CMK <br><br> CORRECTED CONSENT JUDGMENT REVOKING NATURALIZATION [PROPOSED] ORDER |

Page 1

The United States of America ("Plaintiff") has filed a Complaint seeking to revoke the order admitting ("Defendant") to United States citizenship and to cancel her certificate of naturalization. The Complaint alleges that Defendant procured her naturalization illegally as well as by willfully misrepresenting material facts. Either illegal procurement or procurement by willful misrepresentation or concealment of material facts requires that naturalization be revoked pursuant to 8 U.S.C. § 1451(a). Kungys v. United States, 485 U.S. 759, 778 (1988); Fedorenko v. United States, 449 U.S. 490, 506-07, 514-15 (1981).

Defendant has read the Complaint and its supporting Affidavit of Good Cause. As a result of the Settlement Agreement reached between the parties (Attached as Exhibit A and B), Defendant admits to Counts II of the Complaint. Furthermore, Defendant concedes that she is subject to denaturalization pursuant to 8 U.S.C. § 1451(a), because she procured her naturalization illegally.

Defendant concedes and admits that she was ineligible, as a matter of law, for naturalization as a result of committing unlawful acts that adversely reflected upon her moral character during the statutory period necessary to become a United States citizen. Specifically, Defendant concedes and admits that during the statutory period when Defendant was required to

Page 2

establish she was a person of good moral character, she committed acts that reflect adversely on her moral character.

Based upon her admission and concession to Count II, Defendant consents to the entry of an Order revoking her Citizenship and cancelling her Certificate of Naturalization, Number 22 198 014.

As referenced above, the parties have entered into a Settlement Agreement concerning this matter, attached hereto as **Exhibit A and B.** That Settlement Agreement (Exhibit A) and the required DHS authorization (Exhibit B) are incorporated herein by reference and the terms and conditions of that Settlement Agreement are made part of this Consent Judgment and Order.

Approved as to form and substance:

FOR PLAINTIFF:

Dated:_____          JEFFREY S. BUCHOLTZ
                              Acting Assistant Attorney General
                              Civil Division
                              MARK C. WALTERS
                              Assistant Director
                              ANNETTE M. WIETECHA


                              _____
                              PATRICIA M. CORRALES
                              Attorney
                              Office of Immigration Litigation
                              U.S. Department of Justice
                              Civil Division

300 N. Los Angeles Street/#8108
Los Angeles, California 90012

Attorneys for Plaintiff
United States of America

FOR DEFENDANT:

Dated:\_\_\_\_\_                             _____
                                          ZACHARY M. NIGHTINGALE
                                          AVANTIKA SHASTRI
                                          Van Der Hout, Brigagliano &
                                          Nightingale, LLP
                                          180 Sutter Street, Fifth Floor
                                          San Francisco, CA 94104


                                          Attorneys for Defendant



Dated:_____                     _____
                                          Maria Teresa Avalos
                                          Defendant

# ORDER

**THEREFORE,** pursuant to the Settlement Agreement, attached as **Exhibit A** and **B**, and based upon the admissions and concession made herein:

**THE PARTIES CONSENT TO JUDGMENT AS FOLLOWS, AND IT IS HEREBY ORDERED THAT:**

1. The February 21, 1996, naturalization of Defendant ordered by the Attorney General of the United States and admitting Defendant to United States citizenship, is **REVOKED** and **SET ASIDE** and Certificate of Naturalization No. 22 198 014, issued by the Attorney General of the United States, is **CANCELLED**.

2. From the date of this Order, Defendant is forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, or advantages under any document that evidences United States citizenship obtained as a result of Defendant's February 21, 1996, naturalization.

3. As part of the Settlement Agreement, Defendant is ordered to **SURRENDER** and **DELIVER** her Certificate of Naturalization to the Attorney General's representative, and Defendant further is ordered to **SURRENDER** and **DELIVER,** if not surrendered previously, any other indicia of United States citizenship, including her United States

Passport, to the Attorney General's representative within ten (10) days of the Court's order.

4. The parties have entered into a Settlement Agreement concerning this matter, attached hereto as Exhibit A. That Settlement Agreement is incorporated herein by reference and the terms and conditions of that Settlement Agreement are made part of this Order and are binding on all parties, including the DHS which has agreed to be bound by the terms of the Agreement.

Dated: May 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge